UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTOPHER FISHER and : CHAPTER 13
     TINA FISHER :
         Debtor(s) :
          :
   CHARLES J. DEHART, III :
   STANDING CHAPTER 13 TRUSTEE :
          :
     vs. :
          :
   CHRISTOPHER FISHER and :
   TINA FISHER :
     Respondent(s) : CASE NO. 1-16-bk-02879


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 25th day of August, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

     Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

     a. Plan payment calculation sum of Lines 34, 35, 36 45.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                        Respectfully submitted:


                        /s/Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   30th   day of August, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                                        /s/Deborah A. Behney
                                        Office of Charles J. DeHart, III
                                        Standing Chapter 13 Trustee

Case 1:16-bk-02879-RNO    Doc 18    Filed 08/30/16    Entered 08/30/16 12:08:48    Desc
Main Document      Page 2 of 2