```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 16-02879-RNO
Christopher Fisher                                                         Chapter 13
Tina Fisher
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2          Date Rcvd: Aug 30, 2016
                              Form ID: ntcnfhrg           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db/jdb         +Christopher Fisher,    Tina Fisher,    1221 North Seventh Street,    Lebanon, PA 17046-4303
4810637        +AES/PNC Education,    PO Box 61047,    Harrisburg, PA 17106-1047
4810640        +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4810641        +Bradley Fisher,    1221 North Seventh Street,    Lebanon, PA 17046-4303
4810642       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    PO Box 85015,    Richmond, VA 23285-5075)
4826909         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4810644        +Capital One/Boscov's,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
4810643        +Capital One/Boscov's,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3439
4810645        +Chase Bank Usa, NA,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
4810646        +Chase Bank Usa, NA,    PO Box 15298,    Wilmington, DE 19850-5298
4810647        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4810648         Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
4810649        +Citicards CBNA,    701 E 60th St N,    Sioux Falls, SD 57104-0432
4810650        +Comenity Bank/Victoria's Secret,    PO Box 182789,    Columbus, OH 43218-2789
4810651        +Comenity Capital/Boscov's,    PO Box 182120,    Columbus, OH 43218-2120
4810653        +Discover Personal Loans,    502 East Market St,    Greenwood, DE 19950-9700
4810654        +Good Samaritan Hospital,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
4810655        +JP Morgan Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
4810656        +Lancaster Neuroscience Spine,    1671 Crooked Oak Drive,    Lancaster, PA 17601-4273
4810657        +Lebanon EMA,    c/o B & B Collections, Inc.,    PO Box 2137,    Toms River, NJ 08754-2137
4810658        +Lebanon Imaging Associates, P.C.,    PO Box 371863,    Pittsburgh, PA 15250-7863
4810659        +Lebanon Imaging Associates, PC,    c/o National Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036
4810661        +MS Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
4810662        +MSHMC Physicians Group,    PO Box 643313,    Pittsburgh, PA 15264-3313
4810660         Met Ed,    Post Office Box 3687,    Akron, OH 44309-3687
4810663         Onemain Financial,    1000 Carlisle St Suite 14B,    Hanover, PA 17331-1122
4810636         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
4815669        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
4810664        +Penn State Hershey,    c/o Bureau of Account Management,    3607 Rosemont Avenue,
                 Camp Hill, PA 17011-6943
4813821         State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
4810666        +State Farm Fncl Svcs F,    3 State Farm Plaza,    Bloomington, IL 61791-0002
4810671        +WellSpan Good Samaritan Hospital,    PO Box 4217,    Lancaster, PA 17604-4217
4817238         Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine CA 92623-9657
4810670        +Wells Fargo Dealer Services,    PO Box 17900,    Denver, CO 80217-0900
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4810638        +E-mail/Text: servicing@afcfirst.com Aug 30 2016 19:28:11      AFC First Financial Corporation,
                 PO Box 824926,    Philadelphia, PA 19182-4926
4810639        +E-mail/Text: banko@berkscredit.com Aug 30 2016 19:27:39      Berks Credit & Coll,    PO Box 329,
                 Temple, PA 19560-0329
4810652         E-mail/Text: mrdiscen@discover.com Aug 30 2016 19:27:27      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
4812650         E-mail/Text: mrdiscen@discover.com Aug 30 2016 19:27:27      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4813977        +E-mail/Text: dplbk@discover.com Aug 30 2016 19:28:04      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
4810635         E-mail/Text: cio.bncmail@irs.gov Aug 30 2016 19:27:36      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
4810665        +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 30 2016 19:28:10      Sallie Mae,    PO Box 3319,
                 Wilmington, DE 19804-4319
4810667        +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 19:24:44      Syncb/Care Credit,
                 950 Forrer Boulevard,    Kettering, OH 45420-1469
4810668        +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 19:24:21      Syncb/Old Navy Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
4810669        +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 19:24:21      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Tina  Fisher gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Christopher  Fisher gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christopher Fisher
aka Chris Michael Fisher
Tina Fisher

Chapter 13

Case No. 1:16−bk−02879−RNO

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **September 28, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 5, 2016 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: CGambini |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 30, 2016 |