```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                    Case No. 16-02879-RNO
Christopher Fisher                                        Chapter 13
Tina Fisher
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: DDunbar              Page 1 of 1         Date Rcvd: Dec 02, 2016
                            Form ID: ntcltrdb          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
4810648         Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Gary J Imblum     on behalf of Joint Debtor Tina  Fisher gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum     on behalf of Debtor Christopher  Fisher gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Christopher Fisher<br>aka Chris Michael Fisher<br>Tina Fisher<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:16−bk−02879−RNO |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#17) has been filed by the Debtor on behalf of Chase Mortgage in the amount of $98885.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 2, 2016 |