United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher Fisher  
Tina Fisher  
    Debtor(s)

Case No. 16-02879-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 07, 2020      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Fisher, Tina Fisher, 1221 North Seventh Street, Lebanon, PA 17046-4303 |
| 4810637 | + | AES/PNC Education, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4810641 | + | Bradley Fisher, 1221 North Seventh Street, Lebanon, PA 17046-4303 |
| 4810644 | + | Capital One/Boscov's, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 4810651 | + | Comenity Capital/Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 4810653 | + | Discover Personal Loans, 502 East Market St, Greenwood, DE 19950-9700 |
| 4810654 | + | Good Samaritan Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 5263701 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4810656 | + | Lancaster Neuroscience Spine, 1671 Crooked Oak Drive, Lancaster, PA 17601-4273 |
| 4810657 | + | Lebanon EMA, c/o B & B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 4810658 | + | Lebanon Imaging Associates, P.C., PO Box 371863, Pittsburgh, PA 15250-7863 |
| 4829982 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met Ed, FirstEnergy, 331 Newman Springs Rd Bldg 3, Red Bank, NJ 07701 |
| 4810661 | + | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 4810662 | + | MSHMC Physicians Group, PO Box 643313, Pittsburgh, PA 15264-3313 |
| 4810660 | | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |
| 4810636 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4815669 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4810664 | + | Penn State Hershey, c/o Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6943 |
| 4810671 | #+ | WellSpan Good Samaritan Hospital, PO Box 4217, Lancaster, PA 17604-4217 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ECMC.COM | Oct 07 2020 23:08:00 | Educational Credit Management Corporation (ECMC), P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Oct 07 2020 23:08:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4810638 | + | Email/Text: servicing@afcfirst.com | Oct 07 2020 19:09:00 | AFC First Financial Corporation, PO Box 824926, Philadelphia, PA 19182-4926 |
| 4810639 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 07 2020 19:09:00 | Berks Credit & Coll, PO Box 329, Temple, PA 19560-0329 |
| 4810640 | + | EDI: CITICORP.COM | Oct 07 2020 23:08:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4810642 | | EDI: CAPITALONE.COM | Oct 07 2020 23:08:00 | Capital One Bank Usa N, PO Box 85015, Richmond, VA 23285-5075 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4826909 | EDI: CAPITALONE.COM | Oct 07 2020 23:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4810643 | + EDI: CAPITALONE.COM | Oct 07 2020 23:08:00 | Capital One/Boscov's, 26525 N Riverwoods Boulevard, Mettawa, IL 60045-3440 |
| 4851752 | + Email/Text: bankruptcy@cavps.com | Oct 07 2020 19:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4810649 | + EDI: CITICORP.COM | Oct 07 2020 23:08:00 | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 4810650 | + EDI: WFNNB.COM | Oct 07 2020 23:08:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 4810652 | EDI: DISCOVER.COM | Oct 07 2020 23:08:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 4812650 | EDI: DISCOVER.COM | Oct 07 2020 23:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4813977 | + EDI: DISCOVERPL | Oct 07 2020 23:13:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 4916832 | EDI: ECMC.COM | Oct 07 2020 23:08:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4916833 | EDI: ECMC.COM | Oct 07 2020 23:08:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4810635 | EDI: IRS.COM | Oct 07 2020 23:08:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4810645 | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | Chase Bank Usa, NA, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 4810646 | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | Chase Bank Usa, NA, PO Box 15298, Wilmington, DE 19850 |
| 4810647 | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 4810648 | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 4810655 | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | JP Morgan Chase Bank, PO Box 24696, Columbus, OH 43224 |
| 4897488 | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 4845721 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2020 19:38:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4810659 | + Email/Text: Bankruptcies@nragroup.com | Oct 07 2020 19:09:00 | Lebanon Imaging Associates, PC, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4843516 | + EDI: MID8.COM | Oct 07 2020 23:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4841502 | + EDI: AGFINANCE.COM | Oct 07 2020 23:08:00 | ONEMAIN FINANCIAL, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 4810663 | + EDI: AGFINANCE.COM | Oct 07 2020 23:08:00 | Onemain Financial, 1000 Carlisle St Suite 14B, Hanover, PA 17331-1121 |
| 4855680 | EDI: PRA.COM | Oct 07 2020 23:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4949374 | + EDI: PRA.COM | | |

|  |  |  | Oct 07 2020 23:08:00 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| --- | --- | --- | --- | --- |
| 4949373 | + | EDI: PRA.COM | Oct 07 2020 23:08:00 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4831039 |  | EDI: Q3G.COM | Oct 07 2020 23:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4831038 |  | EDI: Q3G.COM | Oct 07 2020 23:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4810665 | + | EDI: SALLIEMAEBANK.COM | Oct 07 2020 23:13:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 4813821 |  | EDI: STFM.COM | Oct 07 2020 23:08:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 4810666 | + | EDI: STFM.COM | Oct 07 2020 23:08:00 | State Farm Fncl Svcs F, 3 State Farm Plaza, Bloomington, IL 61791-0002 |
| 4810667 | + | EDI: RMSC.COM | Oct 07 2020 23:08:00 | Syncb/Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 4810668 | + | EDI: RMSC.COM | Oct 07 2020 23:08:00 | Syncb/Old Navy Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 4810669 | + | EDI: RMSC.COM | Oct 07 2020 23:08:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 4817238 |  | EDI: WFFC.COM | Oct 07 2020 23:08:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 4810670 | + | EDI: WFFC.COM | Oct 07 2020 23:08:00 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| jdb | *+ | Tina Fisher, 1221 North Seventh Street, Lebanon, PA 17046-4303 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed**

below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 2 Tina Fisher gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Christopher Fisher gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Christopher Fisher gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Tina Fisher gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Creditor JPMorgan Chase Bank  National Association joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christopher Fisher<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–8916<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tina Fisher<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–1031<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–02879–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Fisher  Tina Fisher
aka Chris Michael Fisher

10/7/20  **By the court:** Henry W. Van Eck
 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

Case 1:16-bk-02879-HWV  Doc 59  Filed 10/09/20  Entered 10/10/20 01:05:15  Desc
Imaged Certificate of Notice  Page 5 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2