**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 12, 2020

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Christopher & Tina Fisher
Chapter 13 Bankruptcy Case No. 1-16-02879

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

WELLS FARGO BANK NA DBA WELLS FARGO DEA
PO BOX 130000
RALEIGH NC 27605-1000

The Creditor's <u>previous</u> address was as follows:

WELLS FARGO BANK NA DBA WELLS FARGO DEA
PO BOX 19657
IRVINE CA 92623-9657

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm