United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 16-02879-HWV
Christopher Fisher                        Chapter 13
Tina Fisher
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                        Page 1 of 2
Date Rcvd: Dec 15, 2020              Form ID: fnldec                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID**          **Recipient Name and Address**
db/jdb             + Christopher Fisher, Tina Fisher, 1221 North Seventh Street, Lebanon, PA 17046-4303

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

**Name**                                  **Email Address**

Charles J DeHart, III (Trustee)
                                      TWecf@pamd13trustee.com

Gary J Imblum
                                      on behalf of Plaintiff Tina Fisher gary.imblum@imblumlaw.com
                                      gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
                                      on behalf of Debtor 2 Tina Fisher gary.imblum@imblumlaw.com
                                      gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
                                      on behalf of Plaintiff Christopher Fisher gary.imblum@imblumlaw.com
                                      gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info

ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum

on behalf of Debtor 1 Christopher Fisher gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt

on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com

Joseph P Schalk

on behalf of Creditor JPMorgan Chase Bank  National Association joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joshua I Goldman

on behalf of Creditor JPMorgan Chase Bank  National Association josh.goldman@padgettlawgroup.com,
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Kevin S Frankel

on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

Thomas I Puleo

on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher Fisher, <br> aka Chris Michael Fisher, | Chapter 13 |
| **Debtor 1** | Case No. 1:16−bk−02879−HWV |
| Tina Fisher, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−8916   xxx−xx−1031

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 15, 2020

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)